**SARA M. PELOQUIN**
California State Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Sara_Peloquin@fd.org

Attorneys for Mr. Barboza

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCO JAVIER BARBOZA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 08MJ1303 <br><br> **NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: May 1, 2008          /s/ *Sara Peloquin*
                            **SARA M. PELOQUIN**
                            Federal Defenders of San Diego, Inc.
                            Attorneys for Mr. Barboza

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  May 1, 2008         /s/  Sara Peloquin
                            **SARA M. PELOQUIN**
                            Federal Defenders of San Diego, Inc.
                            225 Broadway, Suite 900
                            San Diego, CA  92101-5030
                            (619) 234-8467  (tel)
                            (619) 687-2666  (fax)
                            Sara_Peloquin@fd.org